WATSON INDUSTRIES, INC.,
Plaintiff–Appellant,

v.

**MURATA ELECTRONICS NORTH AMERICA, INC. and Murata Manufacturing Co., Ltd., Defendants–Cross Appellants.**

No. 04–1235, 04–1256.

United States Court of Appeals,
Federal Circuit.

Dec. 15, 2004.

Rehearing and Rehearing En Banc
Denied Jan. 25, 2005.

Before BRYSON, Circuit Judge,
PLAGER, Senior Circuit Judge, and
PROST, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36